IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL COOPER            )
      Petitioner,     )
                      )
      v.              )   C.A. No. 06-80 ERIE
                      )
JAMES VESHECCO, et al., )
      Respondents.    )

O R D E R

AND NOW, this 12th day of October, 2006,

This Court is in receipt of Petitioner's recent filing stating that he did not receive the Report and Recommendation filed by Magistrate Judge Susan Paradise Baxter until after the ten day period for filing of Objections had elapsed.

As Petitioner indicates that he will "respect the procedure pertaining to exhausting state remedies" and does not seek leave to file Objections, this Court will take no further action.

                                                S/ Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge